UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>  v.<br><br>JON M. HARDER,<br><br>            Defendant - Appellant. | No. 23-3301<br><br>D.C. No.<br>3:12-cr-00485-SI-1<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion (Docket Entry No. 21) to transmit an electronic exhibit under seal is granted. *See* 9th Cir. R. 27-13 and 27-14. Within seven days after this order, counsel must submit under seal four copies of the exhibit.

The existing briefing schedule remains in effect.